People of the State of Illinois, Plaintiff-Defendant in Error, v. Fred Sehr, Defendant-Plaintiff in Error.

Gen. No. 10,402. 

Third District.

October 22, 1962.

Rehearing denied December 11, 1962.

Schimmel & Schimmel, of Pittsfield, for plaintiff in error; Brice Irving, State's Attorney, of Pike County, Pittsfield, for defendant in error. Opinion by JUDGE ROETH. Not to be published in full.